**Opinion issued February 11, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00683-CV

———————————

**SHERWIN-WILLIAMS COMPANY, Appellant**

**V.**

**HELM, U.S., Appellee**

On Appeal from the 234th District Court
Harris County, Texas
Trial Court Case No. 2020-23343

## MEMORANDUM OPINION

This appeal was abated and referred to meditation. The parties subsequently filed a joint motion to dismiss the appeal because a settlement was reached. No opinion has issued in this appeal. Accordingly, we reinstate the appeal, grant the

parties' joint motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.